01-14-00980 ² 982-CR

# REQUEST FOR TRANSFER
# TO THE TEXAS DEPARTMENT OF
# CRIMINAL JUSTICE PENDING APPEAL

To the Judge of the Criminal District Court No. 183 of Harris County, Texas

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN -5 2015

CHRISTOPHER A. PRINE
CLERK

1. Request is hereby made for the undersigned petitioner to be transferred to the Texas Department of Criminal Justice pending appeal of the case in which he/she was convicted herein.

2. Petitioner would show the Court that he/she was sentenced for a term of ten (10) years or less and that he/she has given notice of appeal in this case.

3. Petitioner states that he/she understands that if the Court grants this request for transfer to the Texas Department of Corrections pending the outcome of his appeal, he/she may not hereafter be released on bond pending his appeal, and that his/her sentence will be computed as if no appeal had been taken, if the appeal is affirmed.

Name: David Chapman

Cause No. 1421329 / 1421328

Offense: Aggravated robbery with a deadly weapon / felony evading

Term of Sentence: 8 years TDCJ

Petitioner's Signature

Witnessed by: _____

Date: _____

FILED IN
1ST COURT OF APPEALS
TON, TEXAS

JUN -5 2015

C. A. PRINE
CLERK

LL-054-(9/00)

TO 1 District court of Appeals

I am filing the request for transfer to the Texas Department of criminal Justice pending Appeal because I have been in education here for 1.3 months and have almost fully completed all of the courses I can take I will finish my basic computer skills class on computer technology on 6/29/15 I believe that is when I graduate from the class and get my diploma. I would like to go to the Texas department of criminal Justice so I can further my education there and get some type of trade as a welder. I cannot get that in the harris county Jail because I have an aggervated case, may you please send me to (TDCJ) I am also in the process of filing a a civil law suit for my right of protection being violated while I have been here on 4/12/15 Sattanakoma durant 02662997 poured boiling hot pot water on my head while I was laying down. I have trauma, scars, and do not feel safe in the harris county Jail due to this lack of supervision, and would like to go to TDCJ. I am not recieving the help I need here

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: David Chapman
SPN: 02725892   Cell: 6F-1A
Street: 1200 Baker St

Houston, Texas 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN - 5 2015

CHRISTOPHER A. PRINE
CLERK

LEGAL

INDIGENT   77002:2066

First DIstrict court of Appeas
301 fannin Street
Houston tx 77002

HCSO

U.S. POSTAGE >>> PITNEY BOWES

ZIP 77002 $ 000.48⁵
02 1W
0001374179 JUN 02 2015

01-14-00980 & 982-CR

# REQUEST FOR TRANSFER
# TO THE TEXAS DEPARTMENT OF
# CRIMINAL JUSTICE PENDING APPEAL

To the Judge of the Criminal District Court No. 183 of Harris County, Texas

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN -5 2015

CHRISTOPHER A. PRINE
CLERK

1. Request is hereby made for the undersigned petitioner to be transferred to the Texas Department of Criminal Justice pending appeal of the case in which he/she was convicted herein.

2. Petitioner would show the Court that he/she was sentenced for a term of ten (10) years or less and that he/she has given notice of appeal in this case.

3. Petitioner states that he/she understands that if the Court grants this request for transfer to the Texas Department of Corrections pending the outcome of his appeal, he/she may not hereafter be released on bond pending his appeal, and that his/her sentence will be computed as if no appeal had been taken, if the appeal is affirmed.

Name: David Chapman

Cause No. 1421329 /1421328

Offense: Aggravated robbery with a deadly weapon/felony evading

Term of Sentence: 8 years TDCJ

_Petitioner's Signature_

Witnessed by:

Date:

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN -5 2015

CHRISTOPHER A. PRINE
CLERK

LL-054-(9/00)

TO 1 DISTRICT Court of Appeals

I am filing the request for transfer to the Texas Department of Criminal Justice pending Appeal because I have been in education here for 13 months and have almost fully completed all of the courses I can take. I will finish my basic computer skills class on computer technology on 6/29/15 I believe that is when I graduate from the class and get my diploma. I would like to go to the texas department of Criminal Justice so I can further my education there and get some type of trade as a welder. I cannot get that in the Harris County Jail because I have an aggervated case, may you please send me to (TDCJ) I am also in the process of filing a a civil law suit for my right of protection being violated while I have been here on 4/12/15 Sattanakoma durant 02662997 poured boiling hot pot water on my head while I was laying down. I have trauma, scars, and do not feel safe in the harris county Jail due to this lack of supervision, and would like to go to TDCJ. I am not recieving the help I need here

I hopefully believe TDCJ can help me out to some extent. I would really appreciate it if some one would write me back contacting me about what is going on in the matter of sending me to TDCJ would some one please give me a yes or no answer so I know something, thank you very much for your time I greatly appreciate it

Sincerly David Chapman

David Chapman

6/1/15

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: David Chapman

SPN: 02725582    Cell: 6F-1A

Street: 1200 BAKER ST

Houston, Texas 77002

HCSO

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 77002    $ 000.48⁵
02 1W
0001374179 JUN 02 2015

First District Court of Appeals
301 Fannin Street
Houston TX 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN - 5 2015

CHRISTOPHER A. PRINE
CLERK

LEGAL
INDIGENT

7700242066